FILED
CLERK, U.S. DISTRICT COURT
10/06/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:21-cr-00181-DOC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi): Distribution of Para-Fluorofentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) Distribution and Possession with Intent to Distribute Methamphetamine] |
| LIZBETH MALLELA BARAJAS, MARCOS JUAREZ, MARCO ANTONIO CUEVAS, and ALEJANDRO MARTINEZ, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[All DEFENDANTS]

A.  OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, but no later than in or about January 2021, and continuing to at least on or about April 20, 2021, in Orange County, within the Central District of California, and elsewhere, defendants LIZBETH MALLELA BARAJAS, MARCOS JUAREZ, MARCO

ANTONIO CUEVAS, and ALEJANDRO MARTINEZ, and others known and unknown to the Grand Jury conspired to knowingly and intentionally distribute, and possess with intent to distribute, the following controlled substances:

    1.   at least 10 grams of a mixture and substance containing a detectable amount of (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) ("para-Fluorofentanyl"), an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi); and

    2.   at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

B.    THE MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

    1.   Co-conspirators in Mexico arranged for the distribution in the Southern California area of methamphetamine and pills containing para-Fluorofentanyl.

    2.   At the instruction of the Mexico-based co-conspirators, defendants BARAJAS and JUAREZ supplied methamphetamine and pills containing para-Fluorofentanyl to drug customers in the Southern California area.

    3.   Defendants CUEVAS and MARTINEZ transported methamphetamine in the Southern California area and delivered methamphetamine to drug customers.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, on or about the following dates, defendants BARAJAS, JUAREZ, CUEVAS, and MARTINEZ, and others known and unknown to the Grand Jury, committed various overt acts in Orange County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about March 8, 2021, a Mexico-based co-conspirator ("Co-Conspirator 1") offered to sell methamphetamine and pills to a person Co-Conspirator 1 believed to be a drug customer, but who was in fact a confidential informant working with law enforcement ("CI-1").

Overt Act No. 2:   On or about March 17, 2021, at the direction of Co-Conspirator 1, defendant JUAREZ instructed CI-1 to come to his and defendant BARAJAS's residence in Placentia, California, to complete a sale of pills containing para-Fluorofentanyl.

Overt Act No. 3:   On or about March 17, 2021, another co-conspirator ("Co-Conspirator 2") gave CI-1 defendant BARAJAS's phone number to coordinate the delivery of pills containing para-Fluorofentanyl.

Overt Act No. 4:   On or about March 18, 2021, defendant BARAJAS met CI-1 in Garden Grove, California, and gave CI-1 approximately 1,007 pills containing at least 10 grams of a mixture and substance containing a detectable amount of para-Fluorofentanyl, in exchange for $2,500.

Overt Act No. 5:   On or about March 23, 2021, Co-Conspirator 2 directed a person he believed to be a drug customer, but who was in fact another confidential informant working with law enforcement

("CI-2"), to purchase 60 pounds of methamphetamine from the residence of defendants JUAREZ and BARAJAS.

Overt Act No. 6: On or about March 23, 2021, defendant JUAREZ moved his minivan out of his assigned parking space #49 at the residence of defendants JUAREZ and BARAJAS in Placentia, California, so defendant CUEVAS could park his truck in space #49.

Overt Act No. 7: On or about March 23, 2021, defendants CUEVAS and BARAJAS met at parking space #49 at the residence of defendants BARAJAS and JUAREZ in Placentia, California, where defendant CUEVAS gave defendant BARAJAS a black trash bag containing methamphetamine.

Overt Act No. 8: On or about March 23, 2021, defendant BARAJAS showed CS-2 packages of methamphetamine in a black trash bag.

Overt Act No. 9: On or about March 23, 2021, defendants CUEVAS and BARAJAS carried black trash bags containing multiple kilograms of methamphetamine from defendant CUEVAS's truck into the residence of defendants JUAREZ and BARAJAS in Placentia, California.

Overt Act No. 10: On or about March 23, 2021, defendants CUEVAS and BARAJAS carried black trash bags containing multiple kilograms of methamphetamine out of the residence of defendants JUAREZ and BARAJAS in Placentia, California, and into defendant CUEVAS's truck.

Overt Act No. 11: On or about March 23, 2021, defendant CUEVAS possessed approximately 25.46 kilograms of methamphetamine in his truck for further distribution to others.

Overt Act No. 12: On or about April 16, 2021, Co-Conspirator 1 agreed to sell approximately 24 or 25 pounds of methamphetamine to CS-1.

4

<u>Overt Act No. 13</u>:   On or about April 20, 2021, at the direction of Co-Conspirator 1 and other Mexico-based co-conspirators, defendant MARTINEZ met CI-1 in the parking lot of a Food 4 Less in Stanton, California, and delivered to CI-1 approximately 24 vacuum-sealed bundles of methamphetamine, containing a total of approximately 9.98 kilograms of methamphetamine.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi); 18 U.S.C. § 2(a)]

[DEFENDANTS BARAJAS AND JUAREZ]

On or about March 18, 2021, in Orange County, within the Central District of California, defendants LIZBETH MALLELA BARAJAS and MARCOS JUAREZ, each aiding and abetting the other, knowingly and intentionally distributed at least 10 grams of a mixture and substance containing a detectable amount of (N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) ("para-Fluorofentanyl"), an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a Schedule I narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS BARAJAS, JUAREZ, AND CUEVAS]

On or about March 23, 2021, in Orange County, within the Central District of California, defendants LIZBETH MALLELA BARAJAS, MARCOS JUAREZ, and MARCO ANTONIO CUEVAS, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least at least 50 grams, that is, approximately 25.46 kilograms, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MARTINEZ]

On or about April 20, 2021, in Orange County, within the Central District of California, defendant ALEJANDRO MARTINEZ knowingly and intentionally distributed at least 50 grams, that is, approximately 9.98 kilograms, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANN LUOTTO WOLF
Assistant United States Attorney
Santa Ana Branch Office